# UNITED STATES DISTRICT COURT

_____ EASTERN _____  **District of**  _____ CALIFORNIA _____

| | |
|---|---|
| SHERRY LOGAN,<br>  Plaintiff<br><br>V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>  Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:10-AT-00319 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

   X  The clerk is directed to file the complaint.

   X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this ___10th___ day of _____May_____, __2010__.

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer