Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Sherry Logan

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| SHERRY LOGAN, | ) Case No.: 1:10-CV-00820-JLT |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING STIPULATED ) DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

Based upon the stipulation of the parties, the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:   **November 3, 2010**               **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE

-1-